**Thomas HENNESSY, Plaintiff— Appellant,**

v.

**UNIVERSAL UNDERWRITERS INSURANCE COMPANY, Defendant—Appellee.**

No. 04–1632.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 17, 2004.

Thomas Hennessy, Appellant pro se. Rosemary Gill Kenyon, Zebulon Dyer Anderson, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Thomas Hennessy appeals the district court's judgment granting Universal Underwriters Insurance Company's motion to dismiss and dismissing as untimely his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*See Hennessy v. Universal Underwriters Ins. Co.,* No. CA–04–64–BO (E.D.N.C. Apr. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*